■ LOUIS J. STEIN, as Conservator for RAPHAELE E. ANGELE, Respondent, v SCOTT STRICKLAND et al., Defendants, and CEAN BRICK, Appellant. [605 NYS2d 1021] —Motion to dismiss appeal denied. Memorandum: The affidavit of service fails to

show that the order and judgment appealed from was accompanied by the required notice of entry *(see,* CPLR 5513 [a]). Present—Callahan, J. P., Lawton, Fallon, Boomer and Davis, JJ. (Filed Oct. 28, 1993.)